

**SAO**
JOSEPH L. BENSON, II, ESQ.
Nevada Bar No. 7276
ISRAEL P. WHITBECK, ESQ.
Nevada Bar No. 12519
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

# UNITED STATES DISRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW CIRRINICIONE, a minor, by and through THOMAS CIRRINICIONE his natural parent and guardian,<br><br>Plaintiff,<br><br>vs.<br><br>TSLV, LLC, a Foreign Limited-Liability Company, dba TOWN SQUARE LAS VEGAS; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv01030-JAD-PAL<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT TO ADD DEFENDANTS BARBARA BUTLER ARTIST BUILDER, INC., AND GLOBAL PACIFIC CONSTRUCTION, INC.** |

    IT IS HEREBY STIPULATED by and between MATTHEW CIRRINICIONE, a minor by and through THOMAS CIRRINICIONE, his natural parent and guardian, by and through his counsel of record, BENSON & BINGHAM, and Defendant, TSLV, LLC, d/b/a TOWN SQUARE LAS VEGAS by and through its counsel of record, LORBER, GREENFIELD, & POLITO, LLP, pursuant FRCP Rule

//

//

//

203623

15, that the Plaintiff be allowed to amend his Complaint to substitute Barbara Butler Artist-Builder, Inc. and Global Pacific Construction, Inc., as direct defendants in the stead of Roe Defendants in the instant matter, as indicated in the attached proposed Second Amended Complaint.

DATED this 26th day of October, 2016.                    DATED this 26th day of October, 2016.

/s/Israel P. Whitbeck, Esq.                               /s/April R. Bradshaw, Esq.
JOSEPH L. BENSON, II, ESQ.                                SEAN D. ALLEN, ESQ.
Nevada Bar No. 7276                                       Nevada Bar No. 7579
ISRAEL P. WHITBECK, ESQ.                                  APRIL R. BRADSHAW, ESQ.
Nevada Bar No. 12519                                      Nevada Bar No. 11963
BENSON & BINGHAM                                          LORBER, GREENFIELD, & POLITO, LLP
11441 Allerton Park Drive, Suite 100                      1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89135                                       Las Vegas, NV 89144
Attorneys for Plaintiff                                   Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE