UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATTHEW CIRRINICIONE,, | Case No. 2:16-cv-01030-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| TSLV, LLC, et al., | |
| Defendants. | |

Before the court is the parties' Stipulation and Order to Extend Scheduled Deadlines (First Request) (ECF No. 24).  The court recently granted leave to file a third-party complaint.  The parties are requesting a 150-day extension of the discovery plan and scheduling order deadlines measured from the appearance of the last third-party defendant.  The court agrees an adjustment of the discovery plan and scheduling order deadlines will be required and that it would waste resources to conduct certain discovery which may need to be duplicated once the third parties have made an appearance.  However, the court expects the third-party plaintiff to promptly serve the third-party complaint to avoid unnecessary delay of these proceedings.  The court will therefore set this case for a status and scheduling conference and address any requests for amended discovery plan and scheduling order deadlines at the hearing.

Accordingly,

**IT IS ORDERED** that a status and scheduling conference and the Stipulation to Extend Scheduled Deadlines (ECF No. 24) is scheduled for **9:00 a.m., December 22, 2016, in Courtroom 3B**.

DATED this 10th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1