NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
MATTHEW R. CARLYON
Nevada Bar No. 12712
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
E-mail:        nwieczorek@mpplaw.com
E-mail:        mcarlyon@mpplaw.com
Telephone:    (702) 862-8300
Facsimile:    (702) 862-8400

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW CIRRINICIONE, a minor, by and through THOMAS CIRRINICIONE his natural parent and guardian,<br><br>Plaintiff,<br><br>v.<br><br>TSLV, LLC, a Foreign Limited-Liability Company,<br>dba TOWN SQUARE LAS VEGAS, DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants.<br><br>, a Foreign Limited-Liability Company<br>dba TOWN SQUARE LAS VEGAS,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BARBARA BUTLER ARTIST-BUILDER INC., California Corporation; GLOBAL PACIFIC CONSTRUCTION, INC., a Nevada corporation, DOE INDIVIDUALS I-X;   and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Third Party Defendant. | Case No.: 2:16-cv-01030<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULED DEADLINES** |

Third Party Defendant Barbara Butler, Artist-Builder Inc., by and through its counsel, Morris Polich & Purdy LLP, Matthew Cirrinicione, a minor, by and through Thomas Cirrinicione his natural parent and guardian by and through their counsel Benson & Bingham,

1 and TSLV LLC., by through their counsel of record Lorber, Greenfield & Polito, LLP., and,

2 hereby stipulate and agree to extend the Deadlines for Expert and Rebuttal Disclosures in the

3 above-captioned case by seven (7) days.

**A. REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

Third Party Defendant Barbara Butler, Artist-Builder Inc. requests more time to extend due to our Expert Mary Lou Iverson's work schedule. She will be unable to accommodate the deadline unless we extend by seven (7) days.

**B. PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

| | Current Dates | Proposed Dates |
|---|---|---|
| Last date to file interim status report | 5/1/2017 | 5/1/2017 (no change) |
| Last day to complete discovery | 6/30/2017 | 6/30/2017 (no change) |
| Last day to file motions to amend pleadings or add parties (without a further court order) | 3/30/2017 | 3/30/2017 (no change) |
| Last day to make initial expert disclosures | 5/1/2017 | **5/8/2017** |
| Last day to make rebuttal expert disclosures | 5/31/2017 | **6/7/2017** |
| Last day to file dispositive motions | 7/31/2017 | 7/31/2017 (no change) |
| Last date to file joint pretrial order | 8/30/2017 | 8/30/2017 (no change) |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 27 day of April, 2017.

MORRIS POUCH & PURDY, LLP

_____
Nicholas M. Wieczorek
Nevada Bar No. 6170
Matthew R. Carlyon
Nevada Bar No. 12712
3800 Howard Hugh s Parkway, Suite 500
Las Vegas, Nevada 89169
Phone: (702) 8624300
Fax: (702) 862-8400
nwieczorek@mpplaw.com
mcarlyon@mpplaw.com
Attorneys for Third-Party Defendant,
Barbara Butler Artist-Builder, Inc.

DATED this _____ day of May, 2017.
LORBER, GREENFIELD & POLITO, LLP

/s/ April R. Bradshaw
_____
Sean D. Allen, Esq.
Nevada Bar No. 7579
April R. Bradshaw, Esq.
Nevada Bar No. 11963
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
sallen@lorberlaw.com
abradshaw@lorberlaw.com
Attorneys for Defendant, TSLV LLC dba
Town Square Las Vegas

**IT IS SO ORDERED**.

DATED this _1st_ day of May , 2017.

BENSON & BINGHAM

/s/ Joseph L. Benson, II
_____
Joseph L. Benson, II, Esq.
Nevada Bar No. 7276
Israel P. Whitbeck, Esq.
Nevada Bar No. 12519
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
litigate@bensonbingham.com
Attorneys for Plaintiff

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 2, 2017