LORBER, GREENFIELD & POLITO, LLP
Sean D. Allen, Esq.
Nevada Bar No. 7579
April R. Bradshaw, Esq.
Nevada Bar No. 11963
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
TEL: (702) 945-2870 / FAX: (858) 513-1002
sallen@lorberlaw.com
abradshaw@lorberlaw.com

Attorneys for Defendant TSLV, LLC dba TOWN SQUARE LAS VEGAS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW CIRRINICIONE, a minor, by and through THOMAS CIRRINICIONE his natural parent and guardian,<br><br>Plaintiff,<br><br>v.<br><br>TSLV, LLC, a Foreign Limited-Liability Company, dba TOWN SQUARE LAS VEGAS; BARBARA BUTLER ARTIST-BUILDER, INC.. a California corporation; GLOBAL PACIFIC CONSTRUCTION, INC., a Nevada corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-01030<br><br>**ORDER GRANTING DEFENDANT TSLV LLC'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION [DKT. 60]** |
| TSLV LLC, a Foreign Limited-Liability Company, dba TOWN SQUARE LAS VEGAS,<br><br>Third-Party Plaintiff.<br><br>vs<br><br>BARBARA BUTLER ARTIST BUILDER, INC., a California Corporation; GLOBAL PACIFIC CONSTRUCTION, INC., a Nevada corporation, DOE INDIVIDUALA I-X; and ROE BUSINESS ENTITIES I-X, inclusive<br><br>Third-Party Defendants. | |

# ORDER GRANTING DEFENDANT TSLV, LLC'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION [DKT. 60]

Before the Court is Defendant, TSLV LLC's (hereinafter "TSLV") Motion for Good Faith Settlement Determination [Dkt. 60]. No Opposition to the Motion was filed by any party and TSLV filed a Notice of Parties' Non-Opposition to Defendant's Motion for Good Faith Settlement [Dkt. 64]. A hearing was held on the Motion on July 7, 2017, and in attendance was April R. Bradshaw, Esq. of LORBER, GREENFIELD & POLITO, LLP on behalf of TSLV. No other parties were present.

NRS 17.245 was enacted to encourage settlements by discharging all liability for equitable indemnity and contribution by a settling tortfeasor to others upon a finding that the settlement was entered in good faith. *See, In re MGM Grand Hotel Fire Litigation*, 570 F. Supp. 913, 926 (D. Nev. 1983)(interpreting Nevada state law). The determination of good faith settlement is left to the discretion of the Court based upon all relevant facts. *See, Velsicol Chemical Corp. v. Davidson*, 811 P.2d 561, 563 (Nev. 1991). NRS 17.245 provides:

> 1. When a release or covenant not to sue or not to enforce judgment is given in good faith to one of two or more persons liable in tort for the same injury or the same wrongful death:
>
>> (a) It does not discharge any of the other tortfeasors from liability for the injury or wrongful death unless its terms so provide, but it reduces the claim against the others to the extent of any amount stipulated by the release or the covenant, or in the amount of the consideration paid for it, whichever is the greater; and
>>
>> (b) It discharges the tortfeasor to whom it is given from all liability for contribution and for equitable indemnity to any other tortfeasor.
>
> 2. As used in this section, "equitable indemnity" means a right of indemnity that is created by the court rather than expressly provided for in a written agreement.

The Nevada Supreme Court utilized the following factors established in *In re MGM Grand Hotel Fire Litigation* to determine whether a settlement was reached in good faith:

> ...the amount paid in settlement, the allocation of the settlement proceeds among Plaintiffs, the insurance policy limits of settling Defendants, and the existence of collusion, fraud, or tortious conduct aimed to injure the interests of the non-settling Defendants.

*In re MGM Grand Hotel Fire Litigation*, 570 F. Supp. 913, 927 (D. Nev. 1983).

Plaintiff and TSLV have entered into a settlement agreement. Having considered the arguments stated by TSLV and applying the five *MGM* factors, the Court finds that the settlement is entered in good faith pursuant to NRS 17.245.

**IT IS HEREBY ORDERED** that TSLV LLC's Motion for Good Faith Settlement Determination [Dkt. 60] is **GRANTED**.

The settlement between Plaintiff Matthew Cirrinicione, a minor by and through Thomas Cirrinicione, his natural parent and guardian, and TSLV LLC is a good faith settlement pursuant to NRS 17.245 and other applicable provisions of NRS Chapter 17.

DATED this 10 day of July, 2017.

_____
Jennifer A. Dorsey
United States District Judge

Respectfully submitted by:

*April R. Bradshaw*
_____
Sean D. Allen, Esq.
Nevada Bar No. 7579
April R. Bradshaw, Esq.
Nevada Bar No. 11963
1180 N. Town Center Drive, Suite 100
Las Vegas, Nevada 89144
Phone: (702) 945-2870
Fax: (858) 513-1002

*Attorneys for Defendant/Third-Party Plaintiff, TSLV LLC*