**ORDR**
JOSEPH L. BENSON, II, ESQ.
Nevada Bar No. 7276
ISRAEL P. WHITBECK, ESQ.
Nevada Bar No. 12519
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

MATTHEW CIRRINICIONE, a minor, by and through THOMAS CIRRINICIONE his natural parent and guardian,

Plaintiff,

vs.

TSLV, LLC, a Foreign Limited-Liability Company, dba TOWN SQUARE LAS VEGAS; BARBARA BUTLER ARTIST-BUILDER, INC., a California corporation; GLOBAL PACIFIC CONSTRUCTION, INC., a Nevada corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,

Defendants.

Case No. 2:16-cv01030-JAD-PAL

**ORDER APPROVING COMPROMISE OF DISPUTED CLAIMS OF A MINOR**

ECF No. 68

TSLV LLC, a Foreign Limited-Liability Company, dba TOWNSQUARE LAS VEGAS,

Third-Party Plaintiff,

vs.

BARBARA BUTLER ARTIST-BUILDER, INC., a California Corporation; GLOBAL PACIFIC CONSTURCITON, INC., a Nevada corporation, DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITITES I-X, inclusive,

Third-Party Defendants

203623

## ORDER APPROVING COMPROMISE OF DISPUTED CLAIMS OF A MINOR

Upon considering the Petition of THOMAS CIRRINICIONE, the natural father and guardian of MATTHEW CIRRINICIONE, a minor, to compromise a claim in the above-captioned matter, the Court finds that approval of the Compromise is in the best interest of said minor child, and therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the proposed settlement in the amount of One Hundred Fifty-Five Thousand Dollars ($155,000.00) for MATTHEW CIRRINICIONE is approved.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that upon receipt of said settlement MATTHEW CIRRINICIONE, a minor, by and through THOMAS CIRRINICIONE his natural parent and guardian, is authorized to execute a full and final release to TSLV LLC and BARBARA BUTLER ARTIST BUILDER on behalf of MATTHEW CIRRINICIONE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the gross proceeds of the settlement, in the amount of One Hundred Fifty- Five Thousand Dollars ($155,000.00) which is total compromise, shall be distributed as follows:

    (a) 44.4% of the settlement proceeds as attorney's fees totaling $68,882.00 be reduced to 35% totaling $54.250.00 and paid;

    (b) costs in the amount of $28,838.19 incurred in prosecuting the matter be paid;

    (c) subrogation lien totaling $21,396.39 be paid;

    (d) the remaining $56,095.42 be placed in a blocked trust account for said minor.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the remaining balance in the amount of $56,095.42 be placed in an established blocked trust account or the highest rate CD in a depository financial institution for the benefit of the minor child. Funds deposited in the blocked account shall not be liquidated or diminished prior to the minor reaching the age of eighteen (18) years without Court approval, upon a showing that the withdrawal is in the best interest of the minor child. A final accounting will be made prior to release of funds upon the minor's eighteenth birthday.

203623

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a blocked trust account or the highest rate CD shall be established in the Apple Bank located at 2100 Broadway, New York, NY 10023, telephone number (212) 877-7147.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that an authorization to establish a blocked trust account or highest rate CD for the benefit of the herein named minor is hereby given to the Petitioner and a representative of the law offices of Benson & Bingham (if needed).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Petitioner or representative of the law offices of Benson & Bingham shall cause, within sixty (60) days of the date of this Order, proof to be filed with this Court that the blocked trust account has been established.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Petitioner or representative of the law offices of Benson & Bingham may be ordered by this Court to file periodic verified annual reports, should the Court deem it appropriate, in order to detail the activities of the blocked trust account during the previous twelve (12) months pursuant to NRS 41.200(5).

//

//

//

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a status check before this Court is set for October 10, 2017, at the hour of 1:30 p.m. to show compliance with this Order. In the event the proof of compliance has been filed with the Court, it will not be necessary for the Petitioner or representative of the law offices of Benson & Bingham to attend this status check hearing.

DATED this 7th day of August, 2017.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

JOSEPH L. BENSON, II, ESQ.
Nevada Bar No. 7276
ISRAEP P. WHITBECK, ESQ.
Nevada Bar No. 12519
BENSON & BINGHAM
11441 Allerton Park Dr., Suite 100
Las Vegas, NV 89135
(702) 382-9797
(702) 382-9798 facsimile
litigate@bensonbingham.com
Attorneys for Petitioner