UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MATTHEW CIRRINICIONE,<br><br>  Plaintiff,<br>v.<br>TSLV, LLC, et al.,<br><br>  Defendants. | Case No. 2:16-cv-01030-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last extension of the Discovery Plan and Scheduling Order (ECF No. 40) filed December 28, 2016, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than August 30, 2017.

A review of the docket shows that plaintiff and defendant TSLV, LLC have recently settled, and a stipulation of dismissal as to defendant TSLV, LLC should be filed shortly. However, plaintiff's claims against defendant Barbara Butler Artist Builder, Inc. are still pending. There are no dispositive motions pending. To date, the parties have not complied.

Accordingly,

**IT IS ORDERED** that:

1. Counsel for the remaining parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **November 17, 2017.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. *See* Fed. R. Civ. P. 41(b).

/ / /

/ / /

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 3rd day of November, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE