BEN J. BINGHAM, ESQ.
Nevada Bar No. 7280
JOSEPH L. BENSON, II, ESQ.
Nevada Bar No. 7276
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
(702) 382-9797, telephone
(702) 382-9798, facsimile
litigate@bensonbingham.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW CIRRINICIONE, a minor, by and through THOMAS CIRRINICIONE his natural parent and guardian,<br><br>Plaintiff,<br><br>vs.<br><br>TSLV, LLC, a Foreign Limited-Liability Company, dba TOWN SQUARE LAS VEGAS; BARBARA BUTLER ARTIST BUILDER, INC., a California corporation; GLOBAL PACIFIC CONSTRUCTION, INC.; a Nevada corporation; DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv01030-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| TSLV LLC, a Foreign Limited-Liability Company, dba TOWNSQUARE LAS VEGAS,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>BARBARA BUTLER ARTIST-BUILDER, INC., a California Corporation; GLOBAL PACIFIC CONSTURCITON, INC., a Nevada corporation, DOE INDIVIDUALS I-X; and ROE BUSINESS ENTITITES I-X, inclusive,<br><br>Third-Party Defendants | |

203623

## STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above matter shall be dismissed, with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED this 13th day of November, 2017.

/s/Ben J. Bingham, Esq.
BEN J. BINGHAM, ESQ.
Nevada Bar No. 7280
JOSEPH L. BENSON, II, ESQ.
Nevada Bar No. 7276
BENSON & BINGHAM
11441 Allerton Park Drive, Suite 100
Las Vegas, NV 89135
Attorneys for Plaintiff

DATED this 13th day of November, 2017.

/s/Sean D. Allen, Esq.
SEAN D. ALLEN, ESQ.
Nevada Bar No. 7579
APRIL R. BRADSHAW, ESQ.
Nevada Bar No. 11963
LORBER, GREENFIELD, & POLITO, LLP
1180 N. Town Center Drive, Suite 100
Las Vegas, NV 89144
Attorneys for Defendant TSLV, LLC

DATED this 13th day of November, 2017.

/s/Matthew R. Carlyon, Esq.
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 6170
MATTHEW R. CARLYON ESQ.
Nevada Bar No. 12712
MORRIS POLICH & PURDY, LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Attorneys for Defendant/Third Party Defendant
Barbara Butler Artist Builder

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 77] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED in its entirety**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: November 13, 2017.

_____
UNITED STATES DISTRICT JUDGE